UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

Jean-Marc Zimmerman (JZ 7743)
Zimmerman, Levi & Korsinsky, LLP
226 St. Paul Street
Westfield, NJ 07090
Tel:  (908) 654-8000
Fax: (908) 654-7207

Attorneys for Plaintiff Eon-Net, L.P.

| | |
|---|---|
| EON-NET, L.P.<br><br>                     Plaintiff,<br><br>            v.<br><br>US AIRWAYS, INC.,<br><br>                     Defendant. | **Case No.**<br><br><br>**COMPLAINT FOR PATENT INFRINGEMENT**<br><br><br>**DEMAND FOR JURY TRIAL** |

        Plaintiff, Eon-Net, L.P., a limited partnership (hereinafter referred to as "Eon-Net"), demands a jury trial and complains against the defendant as follows:

## THE PARTIES

        1.        Eon-Net is a limited partnership organized and existing under the laws of the British Virgin Islands, with its principal place of business at P.O. Box 116, Road Town, Tortola, British Virgin Islands.

        2.        Upon information and belief, US Airways, Inc. (hereinafter referred to as "Defendant" or "US Airways") is a business organized and existing under the laws of the State of Arizona, having a place of business at Newark Liberty International Airport, Terminal A, Newark, New Jersey 07114.  US Airways operates approximately 3,700 flights per day and serves more than 230 communities in the U.S., Canada, Europe, the Caribbean and Latin America.

1

1

**JURISDICTION AND VENUE**

2      3.      This action arises under the patent laws of the United States of America, Title 35 of

3 the United States Code. This Court has jurisdiction of this action under 28 U.S.C. §§ 1331 and

4 1338(a).

5      4.      Upon information and belief, Defendant is doing business and committing

6 infringements in this judicial district and is subject to personal jurisdiction in this judicial district.

7      5.      Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391 and 1400(b).

8

9      **CLAIM FOR PATENT INFRINGEMENT**

10      6.      Plaintiff, Eon-Net, repeats and incorporates herein the entirety of the allegations

11 contained in paragraphs 1 through 5 above.

12      7.      On January 27, 2004, U.S. Patent No. 6,683,697 (hereinafter referred to as "the '697

13 patent") was duly and legally issued to Millennium, L.P. ("Millennium") for an invention entitled

14 "Information Processing Methodology." On October 14, 2004, Millennium assigned the '697 patent

15 to Eon-Net. A Certificate of Correction to the '697 patent issued on July 26, 2005.  A copy of the

16 '697 patent and the Certificate of Correction are attached to this Complaint as Exhibit 1.

17      8.      Eon-Net is the owner of all right, title and interest in and to the '697 patent.

18      9.      On July 11, 2006, U.S. Patent No. 7,075,673 (hereinafter referred to as "the '673

19 patent") was duly and legally issued to Eon-Net for an invention entitled "Information Processing

20 Methodology."  A copy of the '673 patent is attached to this Complaint as Exhibit 2.

21      10.      Eon-Net is the owner of all right, title and interest in and to the '673 patent.

22      11.      On February 27, 2007, U.S. Patent No. 7,184,162 (hereinafter referred to as "the

23 '162 patent") was duly and legally issued to Eon-Net for an invention entitled "Information

24 Processing Methodology."  A copy of the '162 patent is attached to this Complaint as Exhibit 3.

25      12.      Eon-Net is the owner of all right, title and interest in and to the '162 patent.

26

27

28

2

EON-NET V. US AIRWAYS

**COUNT ONE**

13.     Plaintiff, Eon-Net, repeats and incorporates herein the entirety of the allegations contained in paragraphs 1 through 12 above.

14.     NWA has for a long time past and still is infringing, actively inducing the infringement of and/or contributorily infringing in this judicial district, the '697 patent by, among other things, operating a website at www.usairways.com ("the US Airways Website") pursuant to a claim of the '697 patent, without permission from Eon-Net, in which information entered by a US Airways customer into a web page displayed on the browser of the customer's computer is extracted according to content instructions and transmitted to an application program operating on Defendant's web server according to customizable transmission format instructions in a manner defined by the claims of the '697 patent. For example, a US Airways customer seeking to book a flight can enter information including the city, date and time of the departing flight, and the city, date and time of the return flight into HTML form elements displayed on the web page found at http://www.usairways.com/awa/?redir=http://www.google.com/search of the US Airways Website. The foregoing information entered into the HTML document is extracted by the browser and transmitted to an application program running on the US Airways web server for processing the customer's order in a POST format and using an https protocol required by the application program.

15.     Plaintiff, Eon-Net, has been damaged by such infringing activities by the Defendant of the '697 patent and will be irreparably harmed unless such infringing activities are enjoined by this Court.

**COUNT TWO**

16.     Plaintiff, Eon-Net, repeats and incorporates herein the entirety of the allegations contained in paragraphs 1 through 15 above.

17.     US Airways has for a long time past and still is infringing, actively inducing the infringement of and/or contributorily infringing in this judicial district, the '673 patent by, among

3

other things, operating the US Airways Website pursuant to a claim of the '673 patent, without permission from Eon-Net, in which information entered by a customer of Defendant into an electronic document template displayed on the browser of the customer's computer is extracted according to content instructions and transmitted to an application program operating on Defendant's web server according to customizable transmission format instructions in a manner defined by the claims of the '673 patent. For example, a US Airways customer seeking to book a flight can enter information including the city, date and time of the departing flight, and the city, date and time of the return flight into HTML form elements displayed on the web page found at http://www.usairways.com/awa/?redir=http://www.google.com/search of the US Airways Website. The foregoing information entered into the HTML document is extracted by the browser and transmitted to an application program running on the US Airways web server for processing the customer's order in a POST format and using an https protocol required by the application program.

18.     Plaintiff, Eon-Net, has been damaged by such infringing activities by the Defendant of the '673 patent and will be irreparably harmed unless such infringing activities are enjoined by this Court.

## COUNT THREE

19.     Plaintiff, Eon-Net, repeats and incorporates herein the entirety of the allegations contained in paragraphs 1 through 18 above.

20.     US Airways has for a long time past and still is infringing, actively inducing the infringement of and/or contributorily infringing in this judicial district, the '162 patent by, among other things, operating the US Airways Website pursuant to a claim of the '162 patent, without permission from Eon-Net, in which information entered by a customer of Defendant into an electronic document template displayed on the browser of the customer's computer is extracted according to content instructions and transmitted to an application program operating on Defendant's web server according to customizable transmission format instructions in a manner

4

defined by the claims of the '162 patent. For example, a US Airways customer seeking to book a flight can enter information including the city, date and time of the departing flight, and the city, date and time of the return flight into HTML form elements displayed on the web page found at http://www.usairways.com/awa/?redir=http://www.google.com/search of the US Airways Website. The foregoing information entered into the HTML document is extracted by the browser and transmitted to an application program running on the US Airways web server for processing the customer's order in a POST format and using an https protocol required by the application program.

21.    Plaintiff, Eon-Net, has been damaged by such infringing activities by the Defendant of the '162 patent and will be irreparably harmed unless such infringing activities are enjoined by this Court.

## **PRAYER FOR RELIEF**

WHEREFORE, THE Plaintiff, Eon-Net prays for judgment against the Defendant US Airways on all the counts and for the following relief:

A.    Declaration that the Plaintiff is the owner of the '697 patent, and that the Plaintiff has the right to sue and to recover for infringement thereof;

B.    Declaration that the '697 patent is valid and enforceable;

C.    Declaration that the Defendant has infringed, actively induced infringement of, and/or contributorily infringed the '697 patent;

D.    A preliminary and permanent injunction against the Defendant, each of its officers, agents, servants, employees, and attorneys, all parent and subsidiary corporations, their assigns and successors in interest, and those persons acting in active concert or participation with them, enjoining them from continuing acts of infringement, active inducement of infringement, and contributory infringement of Eon-Net's '697 patent;

EON-NET V. US AIRWAYS

E.    An accounting for damages under 35 U.S.C. §284 for infringement of Eon-Net's '697 patent by the Defendant and the award of damages so ascertained to the Plaintiff, Eon-Net, together with interest as provided by law;

F.    Declaration that the Plaintiff is the owner of the '673 patent, and that the Plaintiff has the right to sue and to recover for infringement thereof;

G.    Declaration that the '673 patent is valid and enforceable;

H.    Declaration that the Defendant has infringed, actively induced infringement of, and/or contributorily infringed the '673 patent;

I.    A preliminary and permanent injunction against the Defendant, each of its officers, agents, servants, employees, and attorneys, all parent and subsidiary corporations, their assigns and successors in interest, and those persons acting in active concert or participation with them, enjoining them from continuing acts of infringement, active inducement of infringement, and contributory infringement of Eon-Net's '673 patent;

J.    An accounting for damages under 35 U.S.C. §284 for infringement of Eon-Net's '673 patent by the Defendant and the award of damages so ascertained to the Plaintiff, Eon-Net, together with interest as provided by law;

K.    Declaration that the Plaintiff is the owner of the '162 patent, and that the Plaintiff has the right to sue and to recover for infringement thereof;

L.    Declaration that the '162 patent is valid and enforceable;

M.    Declaration that the Defendant has infringed, actively induced infringement of, and/or contributorily infringed the '162 patent;

N.    A preliminary and permanent injunction against the Defendant, each of its officers, agents, servants, employees, and attorneys, all parent and subsidiary corporations, their assigns and successors in interest, and those persons acting in active concert or participation with them, enjoining them from continuing acts of infringement, active

6

EON-NET V. US AIRWAYS

inducement of infringement, and contributory infringement of Eon-Net's '162 patent;

O.    An accounting for damages under 35 U.S.C. §284 for infringement of Eon-Net's '162 patent by the Defendant and the award of damages so ascertained to the Plaintiff, Eon-Net, together with interest as provided by law;

P.    Award of Eon-Net's costs and expenses; and

Q.    Such other and further relief as this Court may deem proper, just and equitable.

## **DEMAND FOR JURY TRIAL**

The Plaintiff, Eon-Net, demands a trial by jury of all issues properly triable by jury in this action.

By:  /s/Jean-Marc Zimmerman
     Jean-Marc Zimmerman (JZ 7743)
     Zimmerman, Levi & Korsinsky, LLP
     226 St. Paul Street
     Westfield, NJ 07090
     Tel: (908) 654-8000
     Fax: (908) 654-7207
     Attorneys for Plaintiff Eon-Net, L.P.

Dated: August 1, 2008
       Westfield, NJ

7